426

Leo STOLLER, Appellant,

v.

The SOCIETY FOR the PREVENTION OF TRADEMARK ABUSE LLC, (substituted for Central Mfg. Co.), Appellee,

and

Cardiotronics, Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC, (substituted for Central Mfg. Co.), Appellee,

and

Salt Production, Inc., Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC, (substituted for Central Mfg. Co.), Appellee,

and

Deck America, Inc., Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC, (substituted for Central Mfg. Co.), Appellee,

and

Intelligence Quotient International Limited, Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC, (substituted for Central Mfg. Co.), Appellee,

and

Matthew Montoya, John Ahern, Jose Liscano, Hector Saldivar, and Adrian Garcia, Appellees.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC, (substituted for Central Mfg. Co.), Appellee,

and

Hepa Corporation, Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC, (substituted for Central Mfg. Co.), Appellee,

and

Edwin K. Stephens, Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC, (substituted for Central Mfg. Co.), Appellee,

and

Stealth, Ltd., Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC, (substituted for Central Mfg. Co.), Appellee,

and

Board of Regents, The University of Texas System, Appellee.

Nos. 2009–1198 to 2009–1206.

United States Court of Appeals, Federal Circuit.

May 5, 2009.

Celine M. Jimenez Crowson, Hogan & Hartson, LLP, Washington, DC, for Cardiotronics.

Leo Stoller, Oak Park, IL, pro se.

Lance G. Johnson, Roylance, Abrams, Berdo, Washington, DC, for Society for Prevention of Trademark Abuse.

Percy Devine III, Denver, CO, for Salt Production, Inc.

Maurice U. Cahn, Cahn & Samuels, LLP, Washington, DC, for Deck America, Inc.

Nancy M. Battel, San Jose, CA, for Intelligence Quotient International Limited.

Matthew Montoya, El Monte, CA, pro se.

Louis J. Bachand, La Canada, CA, for Hepa Corporation.

Jerome J. Norris, Washington, DC, for Edwin K. Stephens.

Kelly M. Young, Lane Law Firm, Charleston, WV, for Stealth, Ltd.

Louis T. Pirkey, Pirkey & Barber LLP, Austin, TX, for Board of Regents of the University of Texas System.

Before GAJARSA, FRIEDMAN, and LINN, Circuit Judges.

ON MOTION

*ORDER*

PER CURIAM.

The Society for the Prevention of Trademark Abuse LLC moves to dismiss each of the nine above-captioned appeals. Stealth, Ltd. joins the motion to dismiss appeal no.2009–1205 and the Board of Regents, The University of Texas System joins the motion to dismiss appeal no.2009–1206. Leo Stoller moves for an extension of time to respond to the motions to dismiss and submits oppositions to the dismissal motions.

The court notes that Stoller has not paid the filing fee for any of the above-captioned appeals. In addition, the court determines, based on in forma pauperis motions submitted by Stoller in two contemporaneous appeals, nos.2009–1187 and 2009–1189, that Stoller is not eligible to proceed in forma pauperis in these appeals. Because the fee has not been paid and Stoller is not eligible to proceed in forma pauperis, the appeals are dismissed.

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are dismissed.

(2) All pending motions are moot.

(3) All sides shall bear their own costs.